**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| In re: | : Chapter 7 |
| MICHAEL S. GOLDBERG, LLC, and<br>MICHAEL S. GOLDBERG, | : Case No. 09-23370 (ASD)<br>: Substantively Consolidated |
| Debtors. | |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG, | : Adv. Proc. No.: 14-02026 |
| Plaintiff,<br>v. | |
| SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; SALLY A. LABONTE; DEVCON ENTERPRISES, INC.; MARKETPLACE PORT ST. LUCIE, LP; RCZS LLC; CAKEMAKER LLC; SCOTT A. LABONTE; SCOTT A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; AND SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST, | |
| Defendants. | : July 30, 2014 |

## **NOTICE**

YOU HAVE RIGHTS SPECIFIED IN THE CONNECTICUT GENERAL STATUTES, INCLUDING CHAPTER 903a, THAT YOU MAY WISH TO EXERCISE CONCERNING THIS MOTION FOR A PREJUDGMENT REMEDY. THESE RIGHTS INCLUDE THE

RIGHT TO A HEARING: (1) TO OBJECT TO THE PROPOSED PREJUDGMENT REMEDY BECAUSE YOU HAVE A DEFENSE TO OR SET-OFF AGAINST THE ACTION OR A COUNTERCLAIM AGAINST THE PLAINTIFF OR BECAUSE THE AMOUNT SOUGHT IN THE MOTION FOR THE PREJUDGMENT REMEDY IS UNREASONABLY HIGH OR BECAUSE PAYMENT OF ANY JUDGMENT THAT MAY BE RENDERED AGAINST YOU IS COVERED BY ANY INSURANCE THAT MAY BE AVAILABLE TO YOU; (2) TO REQUEST THAT THE PLAINTIFF POST A BOND IN ACCORDANCE WITH SECTION 52-278d OF THE GENERAL STATUTES TO SECURE YOU AGAINST ANY DAMAGES THAT MAY RESULT FROM THE PREJUDGMENT REMEDY; (3) TO REQUEST THAT YOU BE ALLOWED TO SUBSTITUTE A BOND FOR THE PREJUDGMENT REMEDY SOUGHT; (4) TO SHOW THAT THE PROPERTY SOUGHT TO BE SUBJECTED TO THE PREJUDGMENT REMEDY IS EXEMPT FROM SUCH A PREJUDGMENT REMEDY; AND (5) YOU MAY REQUEST A HEARING TO CONTEST THIS MOTION FOR PREJUDGMENT REMEDY, TO ASSERT ANY EXEMPTION OR TO MAKE A REQUEST CONCERNING THE POSTING OR SUBSTITUTION OF A BOND IN CONNECTION WITH THE PREJUDGMENT REMEDY.  SUCH REQUEST FOR HEARING MAY BE MADE BY ANY PROPER MOTION OR BY COMPLETING THE ATTACHED FORM AND RETURNING IT TO THE BANKRUPTCY COURT AT:

United States Bankruptcy Court
District of Connecticut
Hartford Division
450 Main Street
Hartford, CT  06103

Dated at Bridgeport, Connecticut this 30th day of July, 2014.

        JAMES BERMAN, CHAPTER 7 TRUSTEE
        FOR THE ESTATES OF
        MICHAEL S. GOLDBERG AND
        MICHAEL S. GOLDBERG, LLC


By: */s/ Stephen M. Kindseth*
    Stephen M. Kindseth (ct14640)
    James Moriarty (ct21876)
    Patrick R. Linsey (ct29437)
    ZEISLER & ZEISLER, P.C.
    10 Middle Street, 15th Floor
    Bridgeport, Connecticut 06604
    (203) 368-4234
    (203) 549-0424 (fax)
    Email: skindseth@zeislaw.com
            jmoriarty@zeislaw.com
            plinsey@zeislaw.com
His attorneys