## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **In Re:** ) | | |
| ) | | |
| **Michael S. Goldberg, LLC and,** ) | Chapter 7 | |
| **Michael S. Goldberg,** ) | | |
| ) | | |
| Debtors. ) | Case Nos. | 09-23370 (AHWS) |
| ) | | 09-23371 (AHWS) |
| **James Berman, Chapter 7 Trustee** ) | | |
| **For The Estates Of** ) | | |
| **Michael S. Goldberg, LLC and** ) | | |
| **Michael S. Goldberg,** ) | | |
| ) | | |
| Plaintiff, ) | Adv. Proc. No 14-02026 (AHWS) | |
| ) | | |
| v. ) | | |
| ) | | |
| **Sally A. LaBonte, Trustee of the** ) | Re: DE #'s 137 and 139 | |
| **Scott A. LaBonte Dynasty trust,** *et al.* ) | | |
| ) | | |
| Defendants. ) | September 30, 2015 | |

### OBJECTION TO MOTION TO AMEND PRETRIAL ORDER

TO THE HONORABLE ALAN H. W. SHIFF, UNITED STATES BANKRUPTCY JUDGE:

Sally A. LaBonte, Trustee Of The Scott A. LaBonte Dynasty Trust; Roland G. LaBonte, Trustee Of The Scott A. LaBonte Dynasty Trust; Sally A. LaBonte; Devcon Enterprises, Inc.; Marketplace Port St. Lucie, LP; RCZS LLC; Cakemaker LLC; Scott A. LaBonte; Scott A. LaBonte, Trustee Of The Scott A. LaBonte Revocable Trust; and Sally A. LaBonte, Trustee Of The Scott A. LaBonte Revocable Trust **(collectively, the**

**"Defendants")**, by and through their counsel, Shipman, Shaiken & Schwefel, LLC, hereby object to the Plaintiff's motion to amend pretrial order, and in support thereof respectfully represent as follows:

1. The Defendants will consent to the extension of the Discovery Bar Date through and including December 31, 2015, provided that the Court conduct the settlement conference that is presently scheduled for October 21, 2015, at 10:00 a.m., or, in the alternative, order that the parties mediate their dispute on or about the same date.

2. The Plaintiff's relentless pursuit of Scott LaBonte, his family, and certain business entities has been ongoing for five (5) years, spans two adversary proceedings, and, upon information and belief, has cost the Plaintiff millions of dollars in legal fees.

3. Despite extensive discovery in Adversary Proceeding Number 10-02082, the underlying bankruptcy case, and this adversary proceeding, the Plaintiff now seeks yet more discovery. The amount of discovery is unduly burdensome to the Defendants.

4. Extensive document production has been made by the Defendants in this adversary proceeding, including the files of two (2) law firms, an accounting firm, and Devcon Enterprise, Inc.'s **("Devcon")** entire hard drive with the exception only of certain subject matters that the Plaintiff and Devcon agreed were to be excluded.

5. The Defendants deny liability, but even if they are held liable, they cannot

possibly ever satisfy a judgment in the amount sought by the Plaintiff.

WHEREFORE, the Defendants respectfully request that the Court conduct the scheduled settlement conference, or, in the alternative, refer this matter to mediation, or, in the alternative, deny the Plaintiff's motion, and grant to the Defendants such other and further relief to which they may be entitled at law or equity.

Dated at West Hartford, Connecticut, this 30th day of September, 2015.

        SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; SALLY A. LABONTE; DEVCON ENTERPRISES, INC.; MARKETPLACE PORT ST. LUCIE, LP; RCZS LLC; CAKEMAKER LLC; SCOTT A. LABONTE; SCOTT A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; AND SALLY A. LABONTE

By: /s/ David M. S. Shaiken
David M. S. Shaiken, Esq.
Shipman, Shaiken & Schwefel, LLC
Their Attorneys
433 South Main Street, Suite 319
West Hartford, CT 06110
(860) 606-1703
Fax: (866) 431-3248
E-mail: david@shipmanlawct.com
Fed. Bar No. ct02297

**Certification of Service**

  This is to certify that a copy of the foregoing OBJECTION TO MOTION TO AMEND PRETRIAL ORDER will be served via operation of the Court's electronic case filing system upon all appearing parties.

            /s/ David M. S. Shaiken
            David M. S. Shaiken